## Commonwealth *v.* Dilwicius, Appellant.

Submitted March 28, 1974. *Ellen Q. Suria, Joseph V. Furlong, Jr.,* and *Tabas, Horwitz & Furlong,* for appellant; *David Richman, John H. Isom, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys,

*Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.